

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00640-CV

**IN RE** Danielle **ROBBINS**

Original Proceeding[1]

PER CURIAM

Sitting:        Patricia O. Alvarez, Justice
                  Beth Watkins, Justice
                  Liza A. Rodriguez, Justice

Delivered and Filed: July 26, 2023

PETITION FOR WRIT OF MANDAMUS DENIED

On June 30, 2023, Relator Danielle Robbins filed a petition for writ of mandamus. After considering the petition and this record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). Relator's motion for emergency relief is denied as moot. Real party in interest DoorDash Inc.'s motion for joinder is denied as moot.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2020CI21886, styled *David Ybarra and Andres Hernandez Garcia v. Danielle Robbins and DoorDash, Inc.*, pending in the 225th Judicial District Court, Bexar County, Texas. The Honorable Mary Lou Alvarez presided over the orders at issue.